# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO.S' 91-00474, 93-00420, 96-00150, 97-01014, 01-00797, 01-00842, AND 01-00843 |
| CASE NAME: | IN RE: HAWAII FEDERAL ASBESTOS CASES |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | |
| DATE: | 09/21/2007 | TIME: | |

COURT ACTION:  EO:    "MINUTE ORDER"

The Plaintiffs' in these cases are now deceased. It is hereby ORDERED that these cases be dismissed with prejudice.

Submitted by Leslie L. Sai, Courtroom Manager